Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **BENNY SOUTHARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case Number: 23-3141** |
| | ) |
| **JACK CAMPBELL, LARRY BECK,** | ) |
| **VIVIAN BROWN, BRENT FERRO,** | ) |
| **JOHN DOE, and SANGAMON** | ) |
| **COUNTY SHERIFF'S OFFICE,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Plaintiff Benny Southard's action against Defendants Jack Campbell, Larry Beck, Vivian Brown, Brent Ferro, John Doe, and Sangamon County Sheriff's Office is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:**    June 30, 2023

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court